# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED GUARANTY COMMERCIAL INSURANCE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-682 |
| v. | ) ) | Judge Cathy Bissoon |
| SUSAN M. DESPOT, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant's Response (Doc. 4) to the Court's Show Cause Order dated July 26, 2016 (Doc. 3) fails to demonstrate the existence of subject matter jurisdiction. *See* Resp. at ¶¶ 6, 8 & 9 (requesting stay, consolidation and/or transfer of lawsuits in state and federal court, but failing to explain how this Court properly may exercise such authority in the absence of federal subject matter jurisdiction in this case). Accordingly, this case is **REMANDED FORTHWITH** to the Circuit Court of Kenton County, Kentucky. The Clerk of this Court shall mail a certified copy of this Order to the clerk of the State court, referencing the state court case number ,16-CI-127.

IT IS SO ORDERED.


August 2, 2016                           s\Cathy Bissoon
                                         Cathy Bissoon
                                         United States District Judge


cc (via First-Class U.S. mail):

Susan M. Despot
100 Elizabeth Dr., Apt. #1102
Pittsburgh, PA  15220

cc (via First-Class U.S. mail and/or ECF email notification):

Brad A. Council, Esq.
Charles J. Arlinghaus, Esq.
Randy T. Slovin, Esq.